# EXHIBIT A

STARK & STARK
A Professional Corporation
401 Route 73 North, Suite 130
Marlton, NJ 08053-3425
(856) 874-4443
**Deborah S. Dunn, Esq., Attorney ID#: 04000-2001**
**Attorneys for Plaintiff(s)**

| | |
|---|---|
| JILL L. MOORE and<br>TYNEASHA A. MOORE<br><br>Plaintiff(s),<br><br>vs.<br><br>JURKO SEIBERLICH, ARTHUR L.<br>SPAVENTA, BUTTERCUP FARMS, INC.,<br>LEVEL 10 LOGISTICS, LLC, et al<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>CAMDEN COUNTY LAW DIVISION<br><br>Docket No. CAM-L-4902-17<br><br>**CIVIL ACTION**<br>**SUMMONS** |

**From The State of New Jersey to The Defendant(s) Named Above: Buttercup Farms, Inc.**

The plaintiff named above has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each Deputy Clerk of the Superior Court is available in the Civil Division Management Office in the County listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey, and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney, whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live, or the Legal Services of New Jersey Statewide Hotline, at 1-888-LSNJ-LAW(1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

STARK & STARK
ATTORNEYS AT LAW

*Michelle M. Smith*
Clerk of the Superior Court

DATED: December 22, 2017

Name of Defendant to be served: Buttercup Farms, Inc.
Address of Defendant to be served: 1619 Hanford Street, Levittown, PA 19057

4846-6731-7081, v. 1

CAM-L-004902-17  12/22/2017 10:34:11 AM  Pg 1 of 18  Trans ID: LCV2017693134

STARK & STARK
A Professional Corporation
Attorneys at Law
Building 40, Suite 130
401 Route 73 North
Marlton, NJ 08053
(856) 874-4443
Attorney for Plaintiff(s)
By: Deborah S. Dunn, Esq. - ID # 04000-2001

| JILL L. MOORE and TYNEASHA A. MOORE, | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY LAW DIVISION |
|---|---|
| Plaintiff(s), | Docket No. CAM-L- |
| vs. | CIVIL ACTION |
| JURKO A. SEIBERLICH; ARTHUR L. SPAVENTA; BUTTERCUP FARMS, INC.; LEVEL 10 LOGISTICS, LLC and JOHN DOES 1-10 (fictitious designations) | COMPLAINT AND JURY DEMAND DEMAND FOR ANSWERS TO INTERROGATORIES |
| Defendant(s). | |

Plaintiff, Jill L. Moore, residing at 208 South Avenue, in the City of Bridgeton, County of Cumberland and State of New Jersey and Plaintiff, Tyneasha A. Moore, residing at 24 Birch Street, in the City of Bridgeton, County of Cumberland, and State of New Jersey, by way of Complaint, say(s):

### FIRST COUNT

1. On or about January 6, 2016, Plaintiff, Tyneasha A. Moore, was a passenger in a motor vehicle owned and operated by co-plaintiff, Jill L. Moore, on County Road 552, at/near its intersection with County Road 553, in the City of Bridgeton, County of Cumberland, and State of New Jersey.

2. At or about the same time and place, Defendants, Arthur L. Spaventa; Buttercup Farms, Inc. and/or Level 10 Logistics, LLC, were the owners of a tractor

CAM-L-004902-17   12/22/2017 10:34:11 AM  Pg 2 of 18  Trans ID: LCV2017693134

trailer which was being operated by Defendant, Jurko A. Seiberlich, as agent, servant and/or employee of Defendants, Arthur L. Spaventa, Buttercup Farms, Inc., Level 10 Logistics, LLC, and/or John Does 1-10 (fictitious designations), and/or otherwise with the knowledge, consent and/or permission of Defendants, Arthur L. Spaventa, Buttercup Farms, Inc, Level 10 Logistics, LLC and/or John Does 1-10 (fictitious designations), on County Road 552, at/near its intersection with County Road 553, in the City of Bridgeton, County of Cumberland, and State of New Jersey.

3. At present, the identities of Defendants, John Does 1-10, is unknown. As such, "JOHN DOES 1-10", is a fictitious designation, representing one or more individuals, sole proprietorships, associations, limited partnerships, general partnerships, limited liability companies and/or corporations, which in any way owned, possessed, controlled, entrusted, insured, hired for and/or maintained any motor vehicle(s) which caused or contributed to the accident at issue herein, or who were otherwise responsible, in whole or in part, for the said accident or the injuries sustained by the Plaintiffs.

4. At all relevant times herein, Defendants, John Does 1 - 10, were fictitious named Defendants who are corporations, entities or individuals whose identities are unknown at the present but who were the employers and/or principals of the Defendant, Jurko A. Seiberlich.

5. At the aforesaid time and place, the Defendant, Jurko A. Seiberlich, was operating his vehicle as an agent, servant and/or employee of the Defendants, John Does 1 through 10, and with the express or implied permission of the Defendants, John Does 1 through 10, and therefore his acts of negligence are imputed to the Defendants,

John Does 1 - 10.

6. At all times material hereto, Defendants, Jurko A. Seiberlich, Arthur L. Spaventa, Buttercup Farms, Inc, Level 10 Logistics, LLC and/or John Does 1-10 (fictitious designations), so negligently owned, operated, maintained, insured, entrusted and/or hired for their motor vehicle(s), so as to cause a collision.

7. As a direct and proximate result of the carelessness, recklessness, and negligence of the Defendants, Jurko A. Seiberlich, Arthur L. Spaventa, Buttercup Farms, Inc., Level 10 Logistics, LLC and/or John Does 1-10 (fictitious designations), as aforesaid, and their disregard for the safety of others, Plaintiffs, Jill L. Moore and Tyneasha A. Moore, were caused to suffer severe bodily injuries, some or all of which are permanent in nature; have been caused to aggravate any pre-existing medical condition, symptomatic and/or asymptomatic, which are permanent; have been caused and will be caused great pain and suffering; have been caused and will be caused to expend large sums of money for medical treatment necessary to effect a cure for their injuries; and, have been caused and will be caused to lose large sums of money due to their inability to pursue their usual occupation.

WHEREFORE, Plaintiff(s), Jill L. Moore and Tyneasha A. Moore, demand Judgment for damages generally against the Defendant(s), Jurko A. Seiberlich, Arthur L. Spaventa, Buttercup Farms, Inc., Level 10 Logistics, LLC and John Does 1-10 (fictitious designations), individually, jointly, severally, or in the alternative, together with interest and costs of suit.

CAM-L-004902-17   12/22/2017 10:34:11 AM  Pg 4 of 18  Trans ID: LCV2017693134

## SECOND COUNT

### Vicarious Liability of Defendants Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC.

1. Plaintiff repeats each and every paragraph of the First Count of this Complaint and incorporates same by reference.

2. Defendant Jurko A. Seiberlich was the employee, agent, servant, or independent contractor for Defendants Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC. Accordingly, Defendants, Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC. are vicariously liable for the acts of Defendant Jurko A. Seiberlich for the causes of action above.

WHEREFORE, Plaintiffs, Jill L. Moore and Tyneasha A. Moore, demand judgment against defendants, Jurko A. Seiberlich, Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC, individually, jointly, severally, or in the alternative, together with interest and costs of suit.

## THIRD COUNT

### Strict Liability of Defendants Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC

1. Plaintiff repeats each and every paragraph of the previous Counts of this Complaint and incorporates same by reference.

2. Regardless of employment relationship, defendants Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC are the registered owner of USDOT number 2318766 displayed on the tractor unit involved in this collision and is therefore responsible for the acts of the driver of that vehicle.

WHEREFORE, Plaintiffs, Jill L. Moore and Tyneasha A. Moore, demand

judgment against Defendants, Jurko A. Seiberlich, Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC. individually, jointly, severally, or in the alternative, together with interest and costs of suit.

## FOURTH COUNT

### Negligence of Defendants Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC

1. Plaintiff repeats each and every paragraph of the previous Counts of this Complaint and incorporates same by reference.

2. Defendants Arthur L. Spaventa, Buttercup Farms, Inc. and/or Level 10 Logistics, LLC. had a duty to act reasonably in hiring and retaining defendant Jurko A. Seiberlich and to promulgate and enforce rules and regulations to ensure its drivers and vehicles were reasonably safe.

3. Defendants Arthur L. Spaventa, Buttercup Farms, Inc. and/or Level 10 Logistics, LLC. failed in the above-mentioned duties and was therefore negligent.

4. Defendants Arthur L. Spaventa, Buttercup Farms, Inc. and/or Level 10 Logistics, LLC's negligence was the direct and proximate cause of plaintiffs' injuries.

WHEREFORE, Plaintiffs, Jill L. Moore and Tyneasha A. Moore, demand judgment against Defendants, G Jurko A. Seiberlich, Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC, individually, jointly, severally, or in the alternative, together with interest and costs of suit.

STARK & STARK
A Professional Corporation
Attorneys for Plaintiffs
By: _____
DEBORAH S. DUNN, ESQUIRE

Dated: December 21, 2017

### JURY DEMAND

Plaintiff(s), Jill L. Moore and Tyneasha A. Moore hereby demand(s) a trial by jury as to all issues.

### CERTIFICATION OF OTHER ACTIONS/PARTIES

Pursuant to the provisions of Rule 4:5-1, the undersigned attorney certifies that this matter is not the subject of any other action pending in any court or arbitration proceeding, nor is any other action or arbitration proceeding contemplated, and all known necessary parties have been joined in this action.

### CERTIFICATION OF COMPLIANCE WITH R. 1:38-7(c)(1)

Pursuant to Rule 1:38-7(b), all confidential identifiers of the parties to this action have or will be redacted from all documents or pleadings submitted to the court.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of Rule 4:25-4 the Court is advised that Deborah S. Dunn, Esquire, is hereby designated as trial counsel.

### DEMAND FOR ANSWERS TO INTERROGATORIES & SUPPLEMENTAL INTERROGATORIES

Plaintiff(s), Jill L. Moore and Tyneasha A. Moore, demand(s) that Defendant(s), Jurko A. Seiberlich, Arthur L. Spaventa, Buttercup Farms, Inc. and Level 10 Logistics, LLC, provide answers to interrogatories as follows:

FORM C and FORM C(1) UNIFORM INTERROGATORIES as set forth in Appendix II of the New Jersey Court Rules effective September 1, 2008.

SUPPLEMENTAL INTERROGATORIES #1-10.

STARK & STARK
A Professional Corporation
Attorneys for Plaintiffs

By: _____
DEBORAH S. DUNN, ESQUIRE

Dated: December 20, 2017

4834-8103-9449, v. 1