IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JILL L. MOORE and TYNEESHA A. MOORE, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | DOCKET NO. 1:18-cv-821 |
| | : | |
| JURKO A. SEIBERLICH; ARTHUR L. SPAVENTA; BUTTERCUP FARMS, INC.; LEVEL 10 LOGISTICS, LLC and JOHN DOES 1-10. | : | |
| Defendants | : | |

## <u>STIPULATION OF DISMISSAL</u>

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, that all claims by Plaintiffs, Jill L. Moore and Tyneesha A. Moore, are hereby dismissed with prejudice and without costs against any party.

**STARK & STARK**

By: _____

Deborah S. Dunn, Esquire
Attorneys for Plaintiffs,
Jill L. Moore and
Tyneasha A. Moore

Dated: _1/4/19_

**SALMON RICCHEZZA SINGER & TURCHI, LLP**

By: _____

Arnold E. Capriotti, Jr., Esq.
Attorney for Defendants, Jurko Seiberlich
and Buttercup Farms, Inc.

So Ordered this _4th_ day of _January_, 2019

_____
Jerome B. Simandle, U.S. District Judge

{J0435426.DOCX}